UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAOU SYSTEMS, INC., SECURITIES LITIGATION, ) ) ) ) | Civil No. 98-CV-1537-L(AJB) **ORDER** |
| This Order Relates to: ) ) ) ) ) | |
| ALL ACTIONS | |

By order filed October 19, 2007, the court approved, with certain interlineated changes, the Lead Plaintiffs' proposed Notice of Pendency and Proposed Settlement of Class Action, together with the Proof of Claim and Release, Summary Notice, and Request for Exclusion Form. On December 28, 2007, the Lead Plaintiffs filed their motion for final approval of settlement and plan of allocation of settlement proceeds. Upon review of the motion, the court became aware that the notice sent to the class differs from the notice approved by the court. Specifically, there are differences between the plan of allocation initially presented to the court and approved for inclusion in the class notice, and the plan of allocation which was included in the notice sent to the potential class members. There may be other differences which have not yet come to the court's attention.

For the foregoing reasons, **IT IS HEREBY ORDERED** as follows:

1. Lead Plaintiffs shall make a written disclosure of all the variances, no matter how

large or small, between the Notice of Pendency and Proposed Settlement of Class Action, together with the Proof of Claim and Release, Summary Notice and Request for Exclusion Form, which were approved by the court on October 19, 2007, and the corresponding documents sent to the potential class members.

    2. Lead Plaintiffs shall provide an explanation why they believed each of the variances was necessary and its significance.

    3. The foregoing shall be filed and served no later than **Thursday, January 10, 2007 at 5:00 p.m.**

**IT IS SO ORDERED.**

DATED: January 8, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL COUNSEL