UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAOU SYSTEMS, INC., SECURITIES LITIGATION, <br><br> This Order Relates to: <br><br> ALL ACTIONS | Civil No. 98-CV-1537-L(AJB) <br><br> **ORDER APPROVING PROPOSED AMENDED NOTICE AND PROOF OF CLAIM FORM** |

The proposed Amended Notice of Pendency and Proposed Settlement of Class Action ("Amended Notice") and Amended Proof of Claim and Release ("Amended Proof of Claim"), filed January 18, 2008 are **APPROVED** with the alterations listed below.  The Amended Notice shall be sent to all Class Members, including the Members who submitted a Request for Exclusion Form following the initial notice.  The Claim Administrator shall include the Request for Exclusion Form with the Amended Notice and Amended Proof of Claim.

To allow the Class Members to reconsider whether they wish to be excluded from the Class in light of the Amended Notice, the following unenumerated paragraph shall be added at the end of the introductory section preceding Section I and at the beginning of Section XI of the Amended Notice:

> If you have already submitted a Request for Exclusion Form and you are satisfied with it in light of this Amended Notice, you need do nothing.

For the same reasons, the following two unenumerated paragraphs shall be added at the end of Section XI of the Amended Notice:

> ***You may request to be excluded even if you did not submit a Request for Exclusion Form in response to the initial Notice and submitted a Proof of Claim and Release in response to the initial Notice***. In addition to complying with the instructions provided above, you must state that you submitted a Proof of Claim and Release form in response to the previous Notice but no longer want to participate in the benefits of the settlement. If possible, enclose a copy of the previously submitted Proof of Claim and Release. If you timely submit a Request for Exclusion Form, the Claim Administrator shall disregard the Proof of Claim and Release you have previously submitted, you shall have no rights under the settlement, shall not share in the distribution of the Net Settlement Fund, and shall not be bound by the Stipulation or the Judgment.
>
> ***If you wish to withdraw a Request for Exclusion Form you submitted in response to the initial Notice***, you must comply with the instructions provided above for exclusion from the Class. Instead of stating that you wish to be excluded from the Class, you must state that you wish to withdraw your previously submitted Request for Exclusion Form. If you want to receive the benefits of the settlement, you must also timely submit a Proof of Claim and Release by following the instructions in Section X above.

To bring the Amended Proof of Claim in line with the order dated July 3, 2007,[1] Section IV, Paragraph 2 shall be revised to read as follows:

> Broker confirmations and other documentation of your transactions in Daou common stock should be attached to your claim, if possible. Failure to provide this documentation could delay verification of your claim. If you are a Class Member who purchased 2,000 or fewer shares of Daou common stock during the Class Period, you do not need to provide the relevant documentation of such purchases and or sales. Regardless of the number of Daou common stock purchased during the Class Period, if you do not attach the relevant documentation of purchases and or sales, you must provide to the best of your ability an estimate of the number of shares and their purchase and sale price, plus the estimated date of purchase and sale of the shares and certify by your signature that you believe the provided information is correct.

For clarity, the first sentence of Section IV, Part II.B. of the Amended Proof of Claim shall be revised to read: "Sales of Daou common stock (on or after February 12, 1997):"

To render the Amended Proof of Claim internally consistent (*cf.* Sect. IV, ¶ 2 & Sect, IV, Pt. II), the Note at the end of the Amended Proof of Claim Section IV, Part II shall be deleted.

/ / / / /

/ / / / /

---

[1] *See* Order Re: Supplemental Briefing, filed Jul. 3, 2007, at 3-4.

For clarity, Section VI, Paragraph 7 of the Amended Proof of Claim shall be revised to read:

> I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases of Daou common stock which occurred during the Class Period, sales of Daou common stock on or after February 12, 1997 and the number of shares held by me (us) at the close of trading on October 28, 1998 and February 24, 1999.

In addition, the court sets the following dates relating to the pending settlement:

1. The Settlement Hearing shall be held on April 21, 2008 at 11:00 a.m.

2. Not later than February 7, 2008 the Claims Administrator shall cause a copy of the Amended Notice, the Amended Proof of Claim and the Request for Exclusion Form to be mailed by first class mail to all Class Members who can be identified with reasonable effort, including the Members who submitted a Request for Exclusion Form following the initial notice.

3. Request for Exclusion Form must be postmarked no later than March 24, 2008.

4. Objections shall be filed and served no later than March 24, 2008.

5. The time limitations expressed in the October 19 Order by a number of days following or preceding an event are hereby incorporated herein.

**IT IS SO ORDERED.**

DATED: January 30, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL COUNSEL