UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAOU SYSTEMS, INC., SECURITIES LITIGATION,<br><br>This Order Relates to:<br><br>ALL ACTIONS | Civil No. 98-CV-1537-L(AJB)<br><br>**SUPPLEMENTAL ORDER REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND INTEREST** |

This order supplements the April 22 Order Denying Without Prejudice Plaintiff's Motion for Attorneys' Fees, Costs and Interest. Based on the grounds stated in that order, **IT IS FURTHER ORDERED** that when Lead Plaintiffs renew their motion for attorneys' fees, costs and interest, they shall consider *Camacho v. Bridgeport Financial, Inc.*, __ F.3d __, 2008 WL 1792808 (9th Cir. Apr. 22, 2008). Accordingly, Lead Plaintiffs shall provide evidence necessary to determine the prevailing market rate in the Southern District of California for similar work performed by attorneys of comparable skill, experience, and reputation at the time the services were rendered.

**IT IS SO ORDERED.**

DATED: April 24, 2008

M. James Lorenz
United States District Court Judge

98cv1537

1  COPY TO:

2  HON. ANTHONY J. BATTAGLIA
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL COUNSEL